JOSEPH FERRARO, Appellant, v. JOHN S. DENTON, Defendant, and HARRY J. LATTERMAN, Respondent.— Order in so far as appealed from reversed upon the

law, without costs, and motion denied, without costs. Defendants were united in interest within the meaning of section 1476 of the Civil Practice Act and under the circumstances disclosed by this record it was an improper exercise of discretion to award costs to respondent. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.